UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **DEBRA LISEO**   )<br>    **Plaintiff**        )<br>                            )<br>**v.**                         )<br>                            )<br>**DYNAMIC RECOVERY SERVICES, LLC**   )<br>    **Defendant**      )<br>_____)  | CIVIL ACTION NO.<br>3:10-CV-01717 (WWE)<br><br><br><br><br><br>JANUARY 31, 2011 |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule Rule 41(a)(1)(A)(i), the plaintiff, Debra Liseo, through her attorney, hereby gives notice that the claims of the above-entitled action shall be dismissed with prejudice, without costs or attorney's fees.

PLAINTIFF, DEBRA LISEO

By: /s/ Daniel S. Blinn
Daniel S. Blinn, ct02188
dblinn@consumerlawgroup.com
Matthew W. Graeber, ct424250
mgraeber@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408;  Fax. (860) 571-7457

2

## CERTIFICATE OF SERVICE

     I hereby certify that on this 31st day of January, 2011, a copy of the foregoing Notice of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                   /s/ Daniel S. Blinn
                                   Daniel S. Blinn